CEM

FILED
2007 SEP 18 AM 9:49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '07 MJ 2255 |
| Plaintiff, | BY ___ DEPUTY |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Mario WENCES-Carachure,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **September 17, 2007** within the Southern District of California, defendant, Mario WENCES-Carachure, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

James Trombley
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **SEPTEMBER 2007**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CEM

**CONTINUATION OF COMPLAINT:**
**Mario WENCES-Carachure**

## PROBABLE CAUSE STATEMENT

On September 17, 2007, Senior Patrol Agent A. J. Noyes was performing uniform Border Patrol operations in the Chula Vista area of responsibility. At approximately 12:50 a.m., National Guard infrared scope operator notified Agents via bureau radio that he had spotted two individuals running north near the area referred to by Border Patrol Agents as the "White Bridge". This area is located approximately eight miles east of the Otay Mesa California Port of Entry and approximately five miles north of the United States/Mexico international boundary. Agent Noyes witnessed two individuals dressed in dark clothing approximately ten yards south of the "White Bridge" on the south side of Otay Lakes Road. Agent Noyes parked his marked Border Patrol vehicle on Otay Lakes Road and approached the subjects on foot. Agent Noyes identified himself as a Border Patrol Agents and conducted a field immigration interview.

Agent Noyes questioned each of the two individuals, including one later identified as the defendant **Mario WENCES-Carachure**, as to their citizenship. Each person, including the defendant responded that they were citizens of "Mexico". Agent Noyes then asked each individual if they had in their possession any legal immigration documents that would allow them to remain in the United States. Both individuals, including the defendant answered that they didn't posses any legal immigration documents. Agent Noyes placed both subjects under arrest and had them transported to the United States Chula Vista Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendants current fingerprint card. Official immigration records of the Department of Homeland Security reveal the defendant was previously deported to **Mexico** on or about **March 28, 2006** through **San Ysidro, California Port of Entry.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.