FILED

OCT 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRMone DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO WENCES-CARACHURE,<br>Defendant. | Criminal Case No. 07cr2866-H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about September 17, 2007, within the Southern District of California, defendant MARIO WENCES-CARACHURE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

ABC:drh:San Diego
09/25/2007

It is further alleged that defendant MARIO WENCES-CARACHURE was removed from the United States subsequent to March 13, 1998.

DATED: 10/15/07.

KAREN P. HEWITT
United States Attorney

Caleb Mason for

AARON B. CLARK
Assistant U.S. Attorney